UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>*April Berry, et al. v. Ethicon, Inc., et al.*<br>Case No. 2:12-cv-03074 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**AMENDED MOTION TO EXCLUDE SPECIFIC-CAUSATION TESTIMONY OF KONSTANTIN WALMSLEY, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (Ethicon) submit this Amended Motion to exclude the specific-causation opinion testimony of Konstantin Walmsley, M.D. (and accompanying Memorandum in Support) to reference and include the final version of Dr. Walmsley's October 12, 2016 deposition transcript. No substantive changes have been made to the Motion or supporting Memorandum.

Dr. Walmsley's proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993). Ethicon incorporates the Amended Memorandum in Support of Motion to Exclude Specific-Causation Testimony of Konstantin Walmsley, M.D., and also the following exhibits:

1. Rule 26 Expert Report of Konstantin Walmsley, M.D., attached as Exhibit A;

2. The transcript of the deposition of Konstantin Walmsley, M.D., taken October 12, 2016, attached as Exhibit B;

3. Curriculum vitae of Konstantin Walmsley, M.D., attached as Exhibit C;

4. Rule 26 Expert Report of Christina Pramudji, M.D., attached as Exhibit D.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Amended Motion to Exclude the Specific-Causation Testimony of Konstantin Walmsley, M.D.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

/s/ *Julie Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:   216.592.5000
Fax:   216.592.5002
julie.callsen@tuckerellis.com

/s/ *David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Tel:   304.414.1807
dthomas@tcspllc.com

/s/ *Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Tel:   601.985.4523
christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on October 24, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Julie Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:   216.592.5000
Fax:   216.592.5002
julie.callsen@tuckerellis.com